UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, <br> Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> SL ALABAMA, LLC, <br><br> Defendant. | CASE NO. |

## COMPLAINT

Plaintiff brings this action pursuant to §17 of the Act, 29 U.S.C. § 207, to have SL Alabama, LLC ("Defendant") enjoined from violating the provisions of § 212(c) and 15(a)(4) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, hereinafter the Act.

I.

This Court has jurisdiction over this action pursuant 28 U.S.C. § 1331 and 28 U.S.C. § 1345.

II.

Defendant, at all times hereinafter mentioned, has been a corporation having a place of business and doing business at 2481 Airport Blvd, Alexander City, Alabama 35010

1

III.

At all times hereinafter mentioned:

    A.    Defendant is engaged in related activities, performed either through unified operation or common control for a common business purpose, that constitute an enterprise within the meaning of § 3(r) of the Act, 29 U.S.C. § 203(r); and

    B.    Such enterprise, which employed employees engaged in commerce or in the production of goods for commerce, or employees handling, selling or otherwise working on goods or materials that have been moved in or produced for commerce and having an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated), constitutes an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of § 3(s)(1)(A) of the Act, 29 U.S.C. § 203(s)(1)(A).

IV.

Since November 29, 2021, Defendant repeatedly violated the provisions of §§ 12(c) and 15(a)(4) of the Act, 29 U.S.C. §§ 212(c) and 215(a)(4), and Child Labor Regulation No. 3, 29 C.F.R. §§ 570.31-.38, by employing oppressive child labor, within the meaning of § 3(l) of the Act, 29 U.S.C. § 203(l), in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce

or in the production of goods for commerce, as aforesaid, in that Defendant employed minors under the age of 16 years as prohibited by the aforesaid regulation.

V.

WHEREFORE, cause having been shown, Plaintiff prays for Judgment:

A.  Pursuant to § 17 of the Act, 29 U.S.C. § 217, permanently enjoining Defendants, their agents, servants, employees and all persons in active concert or participation with them from violating the provisions of §§ 212(c) and 215(a)(4) of the Act;

B.  And for such other and further relief as may be necessary and appropriate including costs of this action, including interest on such back wages at the underpayment rate established by the Secretary of the Treasury, pursuant to 26 U.S.C. § 6621, from the date they became due until paid, and costs of this action.

Respectfully submitted this 22nd day of August, 2022

<u>ADDRESS</u>:

Office of the Solicitor
U. S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA  30303

Telephone:
(678) 237-0613
(404) 302-5438 (FAX)

SOL No. 22-00409

SEEMA NANDA
Solicitor of Labor

TREMELLE I. HOWARD
Regional Solicitor

ROBERT L. WALTER
Counsel

By: <u>*/s/Kristin R. Murphy*</u>
KRISTIN R. MURPHY
Senior Trial Attorney


Office of the Solicitor
U. S. Department of Labor
Attorneys for Plaintiffs