**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                                          TELEPHONE (334) 954-3600

August 22, 2022

NOTICE OF ASSIGNMENT

To:     All Counsel of Record

Re:     **Martin J. Walsh v. SL Alabama, LLC**
         Civil Action No.    ***3:22-cv-00507***

The above-styled case has been assigned to Judge ***Chad W. Bryan*** as presiding judge.

Please note that the case number is now ***3:22-cv-00507.*** The new case number should be used on all future correspondence and pleadings.