UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>           Plaintiff,<br><br>v.<br><br>SL ALABAMA, LLC,<br><br>           Defendant. | )<br>) CASE NO. 3:22-CV-00507-CWB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW Martin J. Walsh, Secretary of Labor, United States Department of Labor, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    This party is a government entity.

Dated this 23rd day of August, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
| <u>ADDRESS</u>: | SEEMA NANDA<br>Solicitor of Labor |
| Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303 | TREMELLE I. HOWARD<br>Regional Solicitor<br><br>ROBERT L. WALTER<br>Counsel |
| Telephone:<br>(678) 237-0613<br>(404) 302-5438 (FAX) | By: */s/Kristin R. Murphy*<br>KRISTIN R. MURPHY<br>Senior Trial Attorney |
|  | Office of the Solicitor<br>U. S. Department of Labor |
| Attorneys for Plaintiffs |  |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I electronically filed Corporate/Conflict Disclosure Statement with the Clerk of Court using the CM/ECF system and mailed a true and accurate copy of the same to Defendants attorney by electronic mail to:

Marcel L. Debruge
mdebruge@burr.com

Ingu Hwang
ihwang@burr.com

/s/ Kristin R. Murphy
KRISTIN R. MURPHY
Senior Trial Attorney