# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MARTIN J. WALSH,** ) | |
| **Secretary of Labor, U.S. Department** ) | |
| **of Labor** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  3:22-cv-507-CWB |
| ) | |
| **SL ALABAMA, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The parties previously were given notice that this case had been randomly assigned to a Magistrate Judge and that each of them would be given the opportunity to consent or decline with respect to Magistrate Judge jurisdiction. (Doc. 6).  Accordingly, the parties are hereby **DIRECTED** to complete and return the appropriate form so that it is received by the Clerk of Court on or before **October 5, 2022.**

Note:  **CONSENT FORMS MAY BE SUBMITTED ELECTRONICALLY.  If a party elects to complete the consent form, counsel may log into the Case Management/Electronic Case File (CM/ECF) system, select the Magistrate Judge Consent Form event, and electronically prepare and submit the form.  In the alternative, counsel may complete the attached consent form and mail it to the Clerk of the Court.  <u>Do NOT electronically file the consent form into the record</u>.  If you have any questions about electronic consent submission, please contact the Clerk's Office.**

**If a party elects to complete the form requesting reassignment to a District Judge, counsel must complete the attached form and mail it to the Clerk's Office. There is no option to log into CM/ECF and electronically submit the reassignment form. <u>Do NOT electronically file the reassignment form into the record</u>.**

1

DONE this the 21st day of September 2022.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), and upon consent from all of the parties, the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or non-jury civil case and order the entry of final judgment. An appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as an appeal from any judgment entered in this court.

Any party to this case has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent, you should complete the consent form and return it to the Clerk of the Court as indicated in the court's Order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MARTIN J. WALSH,** ) | |
| **Secretary of Labor, U.S. Department** ) | |
| **of Labor** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  3:22-cv-507-CWB |
| ) | |
| **SL ALABAMA, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to any and all further proceedings in the case, including trial and entry of final judgment, being conducted by a United States Magistrate Judge.

_____   _____
Date                                                        Signature

_____
Counsel For (print name of party or parties)

_____
Address, City, State, Zip Code

_____
Telephone Number

**Return form to:**
Debra Hackett, Clerk, United States District Court for the Middle District of Alabama,
1 Church Street, B110; Montgomery, Alabama 36104

**OR**

follow instructions in the court's Order to complete online

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **MARTIN J. WALSH,** | ) | |
| **Secretary of Labor, U.S. Department** | ) | |
| **of Labor** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.  3:22-cv-507-CWB |
| | ) | |
| **SL ALABAMA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## REQUEST FOR REASSIGNMENT OF CASE
## TO A UNITED STATES DISTRICT JUDGE

    The undersigned party has read the Notice of Assignment to United States Magistrate Judge and hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.  The party understands that this request may not be revoked.

_____      _____
Date                                        Signature

                                        _____
                                        Counsel For (print name of party or parties)

                                        _____
                                        Address, City, State, Zip Code

                                        _____
                                        Telephone Number

**Return form to:**
Debra Hackett, Clerk, United States District Court for the Middle District of Alabama,
1 Church Street, B110; Montgomery, Alabama 36104